**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**JULIE P. WILSON**
Deputy City Attorneys

CITY OF MILWAUKEE
Office of the City Attorney

Milwaukee City Hall • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**ANDREA J. FOWLER**
**JOANNA FRACZEK**
**HANNAH R. JAHN**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**GREGORY P. KRUSE**
**ALEX T. MUELLER**
**ALEXANDER D. COSSI**
**KATHERINE A. HEADLEY**
**SHEILA THOBANI**
**STACY J. MILLER**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**TRAVIS J. GRESHAM**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
**TYLER M. HELSEL**
**ZACHARY A. HATFIELD**
**MEGHAN C. MCCABE**
**CYNTHIA HARRIS ORTEGA**
**KEVIN P. TODT**
**NATHANIEL E. ADAMSON**
**MATTEO REGINATO**
**JOSHUA B. CRONIN**
**ELIZABETH K. MILES**
**LAURI A. ROLLINGS**
**WILLIAM E. KEELER III**
**AARON A. DEKOSKY**
Assistant City Attorneys

October 27, 2026

**VIA ECF ONLY**
Hon. Anita M. Boor
United States District Court for the
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

**RE:** ***Quran Johnson, et al. v. City of Fitchburg, Wisconsin, et al.***
Case No. 26-cv-00402-jdp

Dear Judge Boor:

The City of Milwaukee has no substantive concerns about the scope of the existing protective Order applicable to the parties to this suit. However, the City of Milwaukee is not a party to this litigation. Plaintiffs have served a subpoena upon the City of Milwaukee pursuant to Fed. R. Civ. P. 45 for records within its possession, custody, and control.

The Order previously issued in this case provides that "[a] party who produces information, documents, or other material may designate them as confidential[,] and that "[a]t the conclusion of the litigation, a party may request that all information, documents, or other material … designated as CONFIDENTIAL under this Order must be returned to the originating party or, if the parties so stipulate, destroyed unless otherwise by law." The City of Milwaukee's joint request with Plaintiffs is because these provisions, by their terms, do not clearly apply to the Non-Party City of Milwaukee or the materials it may produce in conjunction with the Rule 45 subpoena.

The City of Milwaukee takes no position on whether amending the existing order to apply equally to non-parties producing materials pursuant to Rule 45 is preferable to avoid confusion and would be satisfied with the same.

Very truly yours,

s/ Clint B. Muche
CLINT B. MUCHE
Assistant City Attorney
City of Milwaukee

2026-001947